**Motions Dismissed as Moot; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 27, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00063-CV**

---

**IN RE TONYA GRUBBS, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Justice of the Peace Court, Precinct 1, Place 2**
**Harris County, Texas**
**Trial Court Cause No. 221200119772**

---

## MEMORANDUM OPINION

On January 26, 2024, relator Tonya Grubbs filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Steven Duble, presiding Justice of the Peace Court, Precinct 1, Place 2, of Harris County, to

vacate a January 18, 2023 order granting defendant's motion for summary disposition pursuant to Texas Rule of Civil Procedure 503.2.

On January 29, 2024, this court notified relator that this mandamus proceeding would be dismissed for want of jurisdiction unless relator established by February 12, 2024 this court's jurisdiction to issue a writ of mandamus against a justice of the peace. *See* Tex. Gov't Code Ann. § 22.221(b)-(c); *see also In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at *1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op) (per curiam) (dismissing mandamus petition for want of jurisdiction over justice of the peace).

On February 12, 2024, relator filed a "petition to establish the court of appeals jurisdiction." Relator concedes that she "cannot find any precedent for when a Court of Appeals has issued a writ to a justice of the peace," but argues that this court should "accept jurisdiction." Because this court lacks mandamus jurisdiction over a justice of the peace, we dismiss relator's petition for writ of mandamus for want of jurisdiction. *See id.* Additionally, relator's motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.